### 2425. WHITE *v.* THE STATE.

HILL, C. J. 1. A judgment overruling a demurrer to an indictment can not be made a ground for a new trial. Such a judgment must be excepted to directly, either pendente lite or in the bill of exceptions. *Sconyers* v. *State,* 6 *Ga. App.* 804 (65 S. E. 814).

2. Where one opens from the outside a bolted window of a dwelling house, by lifting the latch, and thus enters the house, except as to his lower limbs, and is then detected and prevented from making further entrance, there is a sufficient "breaking and entering," within the meaning of the statute defining burglary. *Cooper* v. *State,* 69 *Ga.* 761.

3. No error of law appears, and the evidence supports the verdict.

*Judgment affirmed.*

Indictment for burglary; from Sumter superior court—Judge Littlejohn. January 5, 1910.

Submitted March 9,—Decided April 6, 1910.

*Howell B. Simmons,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.